IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES DANIEL CARL,

    Petitioner,        No. CIV S-04-1796 FCD[1] DAD P

    vs.

WARDEN M. KNOWLES, et al.,

    Respondents.    <u>ORDER</u>

_____/

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondents' August 5, 2005 request for leave to file a supplemental answer is granted;

    2. Petitioner may file and serve a reply within thirty days after service of this order; and

    3. The Clerk shall file the fourteen-page supplemental answer submitted as Attachment 1 to respondents' August 5, 2005 request, excluding the attachment cover page.

DATED: August 15, 2005.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
carl1796.suppans

---

[1] By order filed March 11, 2005, this case was reassigned from Judge William B. Shubb to Judge Frank C. Damrell Jr.  The case number is now CIV S-04-1796 FCD DAD P.